**EXHIBIT    I**

# Main St. Medical Centre

AGPAL ACCREDITED      ABN 47429002070

EXHIBIT
Pusztai — 4

## Dr Tibor Konkoly

470 Main St,
Kangaroo Point, 4169
Hours: 8am - 6pm Mon-Frid 10:30am-12md Sat.
Phone: 07 33931877
Fax: 07 33931147
Email:KONKOLYT@bigpond.com
Web Site://http://users.bigpond.net.au/MYGP

29-11-1

US DEPT JUSTICE
OFFICE OF CONSUMER LITIGATION
LINDA MARKS

Dear Ms Marks,

Thank you for your fax and kindly enunciating the purpose of your visit and accordingly, I would be happy to assist your team for the said trial in January. The video conferencing would be the best.

My Web, site created by my daughter, has a map of how to get to the surgery. We can give you further direction on the day if needed. Wednesday after 6pm, when we finish for the day, would be the best for us at this stage.

In relation to your first fax to me, you asked whom I spoke to initially in Australia.

When I went back to Geelong in March 1999 I always dropped in to leave my truck with a friend of mine John Lucas, who had a Motel, in order for me to use it the next time I went to our farm. He indicated to me that his son, who was a friend of the grandson, Anton Pusztai, had seen my prescriptions in his hotel room and had also seen my name appear on their Internet site. When I returned to Brisbane I tried to access the site but I could not go beyond the credit car and I was not able to verify my presence on it. I also asked my daughter's boy friend but he too didn't have luck.

Yates, et al/Aug.2000
12057