IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CIVIL ACTION. NO. 2:06cv173-ID |
| | ) | WO |
| ANTON F. PUSZTAI | ) | |

# O R D E R

Defendant Anton F. Pusztai has filed a motion (Doc. # 1) styled as an "*Independent Action for District Court to Vacate, Set Aside Previous Orders/Judgements Made in Criminal Case No. 00-109-N, for Fraud on the Court by Government Prosecutors and Grant a Judgement of Acquittal and Immediate Release of a Prisoner in Federal Custody.*" Upon the court's review of this motion, the Clerk is hereby DIRECTED to:

1. Strike the instant motion from the file in Civil Action No. 2:06cv173-ID, and close Civil Action No. 2:06cv173-ID;

2. Docket the instant motion in Criminal Case No. 2:00cr109-AAA.

DONE, this 2nd day of March, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE